**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION           MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Clare Nilson v. Bayer Corp., et al.*           Case No. 03-6479

_____

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

      Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Clare Nilson (Doc. No. 7) is **GRANTED**; and

2. Plaintiff Clare Nilson's claims are **DISMISSED WITH PREJUDICE**.


Dated: September 17, 2007           s / Michael J. Davis
                                                        MICHAEL J. DAVIS
                                                        United States District Court Judge